IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SADI SHINAWA, AHMED JAMAL**, | : | CIVIL NO. 1:16-CV-1618 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **LORETTA LYNCH**, *et al.*, | : | |
| | : | |
| Respondents | : | |

# **ORDER**

AND NOW, this 8th day of September, 2016, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner, Sadi Shinawa, challenges the constitutionality of his prolonged detention by United States Immigration and Customs Enforcement, and this court, in an effort to ascertain the custodial status of petitioner, accessed the Vinelink online inmate locator, which revealed that petitioner is no longer in custody[1], which renders the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir.

---

[1] Upon entering petitioner's offender identification number, 213255, into the online inmate locator system, https://vinelink.com/#/search, his status was returned as follows:

Offender Name: Sadi-Shinawa, Ahmed
Date of Birth: 12/25/1970
Custody Status: Out of Custody

1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.
2. The Clerk of Court is directed to CLOSE this case.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania